**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Rahman** First name **Omar** Middle name **Abdullah** Last name and Suffix (Sr., Jr., II, III) | **Milando** First name **Cossella** Middle name **Abdullah** Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | **Milando C Sanders** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1536 | xxx-xx-1735 |

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number *(if known)*  _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):
■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**3675 N. Colorado**
**Indianapolis, IN 46218**
Number, Street, City, State & ZIP Code

**Marion**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

| Debtor 1 | **Rahman Omar Abdullah** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | District | When | Case number, if known |
| | Debtor | | Relationship to you |
| | District | When | Case number, if known |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Rahman Omar Abdullah** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Rahman Omar Abdullah**                    **/s/ Milando Cossella Abdullah**
**Rahman Omar Abdullah**                         **Milando Cossella Abdullah**
Signature of Debtor 1                               Signature of Debtor 2

Executed on   **December  7, 2018**            Executed on   **December  7, 2018**
MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Portia Douglas**                                  Date        **December  7, 2018**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Portia Douglas 11035-71 Debtors Attorney**
Printed name

**Law Office of Portia Douglas, P.C.**
Firm name

**70 East 91st Street**
**Suite 108**
**Indianapolis, IN 46240**
Number, Street, City, State & ZIP Code

Contact phone  **317-581-9590**                Email address    **legalportia@yahoo.com**

**11035-71 IN**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**  **Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $            33,200.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $             3,975.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | $            37,175.00 |

**Part 2:**  **Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            51,015.03 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...............................* | $               811.19 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.............................* | $           294,807.23 |
| **Your total liabilities** | $           346,633.45 |

**Part 3:**  **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...............................................................* | $             2,951.28 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J....................................................................* | $             2,157.50 |

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | |
| | | Case number *(if known)* |

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **3,036.46**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **201.55** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **55,632.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **55,833.55** |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rahman Omar Abdullah** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Milando Cossella Abdullah** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

---

**1.1**

**3675 N. Colorado Avenue**
Street address, if available, or other description

**Indianapolis          IN       46218-0000**
City                    State    ZIP Code

**Marion**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lot 604 Forest manor Extension, an Addition to the City of Indianapolis, the plat of which is recorded inPat Book 20, page 4, in the Office of the Recorder of Marion County, Indiana.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,700.00** | **$30,700.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenants with rights of survivorship**

☐ **Check if this is community property** (see instructions)

---

| Debtor 1 | Rahman Omar Abdullah | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | Milando Cossella Abdullah | | |

**If you own or have more than one, list here:**

1.2

**1225 Cypress**

Street address, if available, or other description

**Louisville          KY     40211-0000**

City                State       ZIP Code

**Jefferson**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Piece of Land Purchased in 2015**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**   | **$33,200.00** |

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>**   | **$0.00** |

---

**Part 3:**   Describe Your Personal and  Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| LG Refridgerator, 1 Maytag Oven, 1 Sectional Leather Sofa, 1 6 pc Dining Set, 1 King bed, 1 full bed, 1 twin bed, | $1,200.00 |

---

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* |

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| 1 TV, Desktop computer, `1 cell phone | **$800.00** |
|---|---|

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| 3 bicycles, 2 drills | **$200.00** |
|---|---|

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Necessary wearing apparel 7 people | **$700.00** |
|---|---|

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ No

☐ Yes.  Describe.....

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes.  Give specific information.....

| Nebulizer | **$250.00** |
|---|---|

**15.**  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................

| **$3,150.00** |
|---|

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **Rahman Omar Abdullah** | | |
|---|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* | |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| | Cash | **$450.00** |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................           Institution name:

| 17.1. | **Checking** | **WoodForest National Bank** | **$20.00** |
|---|---|---|---|
| 17.2. | **Savings** | **Woodforest National Bank** | **$5.00** |
| 17.3. | **Checking** | **Rapid Paycard** | **$350.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................           Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them...................
           Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
           Type of account:           Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............           Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............           Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 IRS EIC Tax Refund | Federal | Unknown |
|---|---|---|

| 2018 State Tax Return EIC | State | Unknown |
|---|---|---|

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes.  Describe each claim.........

| Debtor 1 | **Rahman Omar Abdullah** | | |
|---|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* | |

| 1 child stricken with lead poisoning - potential claim - Attorney Lindsey Cords, Thomas Law Office in KY | **Unknown** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ☑ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

- ☑ No
- ☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | **$825.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

- ☑ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

- ☑ No
- ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** .................................................................................................... | | **$33,200.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$3,150.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$825.00** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$3,975.00** | Copy personal property total  **$3,975.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$37,175.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3675 N. Colorado Avenue Indianapolis, IN 46218  Marion County**<br>**Lot 604 Forest manor Extension, an Addition to the City of Indianapolis, the plat of which is recorded inPat Book 20, page 4, in the Office of the Recorder of Marion County, Indiana.**<br>Line from *Schedule A/B*: **1.1** | $30,700.00 | ■ | $28,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(1) |
| **1225 Cypress Louisville, KY 40211 Jefferson County**<br>**Piece of Land Purchased in 2015**<br>Line from *Schedule A/B*: **1.2** | $2,500.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **LG Refridgerator, 1 Maytag Oven, 1 Sectional Leather Sofa, 1 6 pc Dining Set, 1 King bed, 1 full bed, 1 twin bed,**<br>Line from *Schedule A/B*: **6.1** | $1,200.00 | ■ | $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **1 TV, Desktop computer, `1 cell phone**<br>Line from *Schedule A/B*: **7.1** | $800.00 | ■ | $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | |
| | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 bicycles, 2 drills**<br>Line from *Schedule A/B*: **9.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Necessary wearing apparel 7 people**<br>Line from *Schedule A/B*: **11.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Nebulizer**<br>Line from *Schedule A/B*: **14.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(1) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $450.00 | ■ $425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: WoodForest National Bank**<br>Line from *Schedule A/B*: **17.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Savings: Woodforest National Bank**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: Rapid Paycard**<br>Line from *Schedule A/B*: **17.3** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Federal: 2018 IRS EIC Tax Refund**<br>Line from *Schedule A/B*: **28.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(11) |
| **State: 2018 State Tax Return EIC**<br>Line from *Schedule A/B*: **28.2** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(11) |
| **1 child stricken with lead poisoning - potential claim - Attorney Lindsey Cords, Thomas Law Office in KY**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Unemproved real estate in Kentucky**<br>Line from *Schedule A/B*: | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ky. Rev. Stat. Ann. § 427.160 |

12/07/18  1:55PM

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | |
| | | Case number (if known) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** Acceptance Now | Describe the property that secures the claim: | $1,810.03 | $400.00 | $1,410.03 |

2.1 Acceptance Now
Creditor's Name

Describe the property that secures the claim:
**Furniture/ 2 piece sectional and dining set**

**5501 Headquarters Drive**
**Plano, TX 75024**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred    **June 2018**    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** Cocinelle & Co, LLC | Describe the property that secures the claim: | $24,144.00 | $30,700.00 | $0.00 |

2.2 Cocinelle & Co, LLC
Creditor's Name

Describe the property that secures the claim:
**3675 N. Colorado Avenue Indianapolis, IN 46218  Marion County**
**Lot 604 Forest manor Extension, an Addition to the City of Indianapolis, the plat of which is recorded inPat Book 20, page 4, in the Office of the Recorder of Marion County, Ind**

**1206 Brookshire Parkway**
**Carmel, IN 46033**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1  **Rahman Omar Abdullah**
     First Name     Middle Name     Last Name

Case number (if known)

Debtor 2  **Milando Cossella Abdullah**
     First Name     Middle Name     Last Name

☐ **Check if this claim relates to a community debt**    ■ Other (including a right to offset)    **Principal Mortgage**

Date debt was incurred    **April 27,2017**    Last 4 digits of account number

---

| 2.3 | **Heritage Acceptance Corporation** | Describe the property that secures the claim: | $4,884.00 | $33,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Judgment**

**121 S Main Street
Elkhart, IN 46516**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Last 4 digits of account number    **05GC**

---

| 2.4 | **Innovate Auto Finance** | Describe the property that secures the claim: | $17,000.00 | $0.00 | $17,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Auto Repossession**

**PO Box 164803
Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Last 4 digits of account number

---

| 2.5 | **Ronald Harrison** | Describe the property that secures the claim: | $800.00 | $30,700.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Eviction Judgment**

**659 Southwestern Pkwy
Louisville, KY 40211**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

Debtor 1 **Rahman Omar Abdullah**

First Name ____ Middle Name ____ Last Name

Debtor 2 **Milando Cossella Abdullah**

First Name ____ Middle Name ____ Last Name

Case number (if known) _____

☐ At least one of the debtors and another   ■ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**   ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.6 | **Standard Investments Corporation** | Describe the property that secures the claim: | $1,627.00 | $0.00 | $1,627.00 |

Creditor's Name

> Judgment

**PO Box 44048
Indianapolis, IN 46244**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **3/08/2017**   Last 4 digits of account number **1217**

---

| 2.7 | **William or Marlene Bennett** | Describe the property that secures the claim: | $750.00 | $0.00 | $750.00 |

Creditor's Name

> Judgment

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **8/17/2015**   Last 4 digits of account number **559F**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $51,015.03 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $51,015.03 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Rahman Omar Abdullah** | | Case number (if known) |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Milando Cossella Abdullah** | | |
| | First Name | Middle Name | Last Name |

☐ Name, Number, Street, City, State & Zip Code
**Acceptance Now**
**5450 E 82nd Street**
**Indianapolis, IN 46250**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Berrien County 5th District Court**
**811 Port Street**
**Saint Joseph, MI 49085**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number **05GC**

---

☐ Name, Number, Street, City, State & Zip Code
**Charles C Gaver, III**
**121 S Main Street**
**Elkhart, IN 46516**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number **05GC**

---

☐ Name, Number, Street, City, State & Zip Code
**Henry Kim Tekolste, Attorney at Law**
**6284 Rucker Rod**
**Suite M**
**Indianapolis, IN 46220**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number **1217**

---

☐ Name, Number, Street, City, State & Zip Code
**Marion County Small Claims Court**
**Washington Township Division**
**5302 N. Keystone Avenue, Suite E**
**Indianapolis, IN 46220**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number **1217**

---

☐ Name, Number, Street, City, State & Zip Code
**Russell L. Jones, Attorney at Law**
**320 South Rangeline Road**
**Carmel, IN 46032-2137**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number **8055**

---

☐ Name, Number, Street, City, State & Zip Code
**WALMART**
**702 SW 8TH STREET**
**Bentonville, AR 72716**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number **05GC**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Citizens Energy Group** | Last 4 digits of account number  **5747** | **$609.64** | **$609.64** | **$0.00** |

Priority Creditor's Name

**PO Box 7056**
**Indianapolis, IN 46207-7056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**

**UTILITY/ADEQUATE ASSURANCE for 3675 North Colorado Avenue, Indianapolis, IN 46218**

12/07/18  1:55PM

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| | | | |
|---|---|---|---|

**2.2** **Commonwealth of Kentucky**
Priority Creditor's Name
**Kentucky Department of Revenue**
**Frankfort, KY 40619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Notice Only**

---

**2.3** **Indiana Department of Revenue**
Priority Creditor's Name
**100 N. Senate Avenue**
**Room N203-Bankruptcy**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**   **Unknown**   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Personal Income Tax**

---

**2.4** **Internal Revenue Service**
Priority Creditor's Name
**575 N. Pennsylvania Street**
**Stop SB 380**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**   **Unknown**   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Personal Income Tax**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| 2.5 | **Jefferson County Sheriff** | Last 4 digits of account number | **0000** | **$33.12** | **$33.12** | **$0.00** |

**Jefferson County Sheriff**
Priority Creditor's Name
**531 Court Place**
**Suite 604**
**Louisville, KY 40202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0000**          **$33.12**          **$33.12**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Property Tax/1225 Cypress Street, Louisville, KY**

---

| 2.6 | **Marion County Treasurer** | Last 4 digits of account number | **5508** | **$40.43** | **$40.43** | **$0.00** |

**Marion County Treasurer**
Priority Creditor's Name
**PO Box 6145**
**Indianapolis, IN 46206-6145**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **5508**          **$40.43**          **$40.43**          **$0.00**

**When was the debt incurred?**  **11/13/2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Property Tax**

---

| 2.7 | **Michigan Dpt. of Treasury** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

**Michigan Dpt. of Treasury**
Priority Creditor's Name
**PO Box 30199**
**Lansing, MI 48909**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number          **$0.00**          **$0.00**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Attorney Fees**

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**                              Case number (if known) _____

| 2.8 | **Social Security Administration/New York** | Last 4 digits of account number **0831** | **$128.00** | **$128.00** | **$0.00** |

Priority Creditor's Name
**Office Of  Regional Commissioner**
**26 Federal Plaza  Rm 40-120**
**New York, NY 10278**
Number Street City State Zip Code

When was the debt incurred?    **Opened 06/16  Last Active  6/11/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Government Overpayment**

---

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| 4.1 | **Acceptance Now** | Last 4 digits of account number **6401** | | **$3,406.00** |

Nonpriority Creditor's Name
**Attn: Acceptancenow Customer Service / B**
**5501 Headquarters Dr**
**Plano, TX 75024**
Number Street City State Zip Code

When was the debt incurred?    **Opened 06/18  Last Active 09/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Rental Agreement**

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number (if known) _____

| 4.2 | **Acceptance Now** | Last 4 digits of account number | **2075** | | $2,989.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Acceptancenow Customer Service / B**
**5501 Headquarters Dr**
**Plano, TX 75024**

When was the debt incurred?    **Opened 03/15  Last Active 8/15/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Rental Agreement**

---

| 4.3 | **Acs/college Loan Corp** | Last 4 digits of account number | **7351** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**C/o Acs**
**Utica, NY 13501**

When was the debt incurred?    **Opened 02/07  Last Active 2/26/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Educational**

---

| 4.4 | **Afni, Inc.** | Last 4 digits of account number | **6215** | | $1,081.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3427**
**Bloomington, IL 61702**

When was the debt incurred?    **Opened 08/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Sprint**

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**                                     Case number (if known) _____

| 4.5 | **BB&T** | Last 4 digits of account number ___ ___ ___ ___ | $500.00 |

Nonpriority Creditor's Name
**2501 W Broadway**
**Louisville, KY 40211**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Bank Fees** _____

---

| 4.6 | **Cadillac Accounts Receivable Management** | Last 4 digits of account number  **3248** | $78.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 358**
**Cadillac, MI 49601**

When was the debt incurred?   **Opened 07/12**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Collection Attorney Radiology Assoc Berrien Co**

---

| 4.7 | **CCHA -Credit Clearinghouse** | Last 4 digits of account number  **4301** | $201.00 |

Nonpriority Creditor's Name
**Ccha**
**Po Box 1209**
**Lousiville, KY 40201**

When was the debt incurred?   **Opened 11/15/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Medical**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**                                    Case number *(if known)*

---

| 4.8 | **CCHA -Credit Clearinghouse** | Last 4 digits of account number  **4302** | **$123.00** |

Nonpriority Creditor's Name
**Ccha
Po Box 1209
Lousiville, KY 40201**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **Opened 11/15/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

| 4.9 | **Check into Cash** | Last 4 digits of account number | **$500.00** |

Nonpriority Creditor's Name
**3929 Taylorsville Rd
Louisville, KY 40220**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Payday Cash Loan**

---

| 4.10 | **Citizens Energy Group** | Last 4 digits of account number  **9630** | **$293.92** |

Nonpriority Creditor's Name
**PO Box 7056
Indianapolis, IN 46207-7056**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **2/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **UTILITY**

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number (if known) _____

| 4.1 1 | **Community Health Network** | Last 4 digits of account number | **9926** | **$8.00** |

Nonpriority Creditor's Name

**7163 Solution Center**
**Chicago, IL 60677-7001**

When was the debt incurred?   **8/20/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Services**

---

| 4.1 2 | **Community Health Network** | Last 4 digits of account number | | **$5,000.00** |

Nonpriority Creditor's Name

**PO Box 19202**
**Indianapolis, IN 46219-0202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Services**

---

| 4.1 3 | **Convergent Outsourcing, Inc.** | Last 4 digits of account number | **4094** | **$2,208.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 9004**
**Renton, WA 98057**

When was the debt incurred?   **Opened 05/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Attorney Sprint**

---

Debtor 1 **Rahman Omar Abdullah**

Debtor 2 **Milando Cossella Abdullah**

Case number (if known) _____

| 4.1 4 | **Credit Management Lp** | Last 4 digits of account number | **6550** | **$1,063.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4200 International Pkwy**
**Carrollton, TX 75007**

When was the debt incurred?   **Opened 09/17  Last Active 07/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Citizens Energy Group**

---

| 4.1 5 | **Credit Protection Association** | Last 4 digits of account number | **4538** | **$430.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 302068**
**Dallas, TX 75380**

When was the debt incurred?   **Opened 09/16  Last Active 06/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Louisville Gas Electric**

---

| 4.1 6 | **DirectTV** | Last 4 digits of account number | **3338** | **$354.01** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5007**
**Carol Stream, IL 60197-5007**

When was the debt incurred?   **8/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **UTILITY**

---

Debtor 1 **Rahman Omar Abdullah**
Debtor 2 **Milando Cossella Abdullah**                          Case number (if known) _____

---

**4.17**

| | | |
|---|---|---|
| **Dixiefinco** | Last 4 digits of account number **7423** | **$5,964.00** |

Nonpriority Creditor's Name

**2119 Dixie Highway**
**Louisville, KY 40210**

When was the debt incurred?   **Opened  2/23/16  Last Active 4/14/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Automobile**

---

**4.18**

| | | |
|---|---|---|
| **Equifax Information Services LLC** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**PO Box 740256**
**Atlanta, GA 30374-0256**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

**4.19**

| | | |
|---|---|---|
| **ERC/Enhanced Recovery Corp** | Last 4 digits of account number **5049** | **$703.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**8014 Bayberry Road**
**Jacksonville, FL 32256**

When was the debt incurred?   **Opened 11/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Charter Communications**

---

Debtor 1 **Rahman Omar Abdullah**
Debtor 2 **Milando Cossella Abdullah**                                    Case number (if known) _____

| 4.2 0 | **Eskenazi** | Last 4 digits of account number _____ | **$5,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 630591**
**Cincinnati, OH 45263-0591**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.2 1 | **Eskenazi Health** | Last 4 digits of account number  **3733** | **$220.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 360901**
**Cincinnati, OH 45263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.2 2 | **Eskenazi Health** | Last 4 digits of account number  **4931** | **$2,136.32** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 630591**
**Cincinnati, OH 45263-0591**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**                    Case number (if known)

| 4.23 | **Experian** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4500**
**Allen, TX 75013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.24 | **G. L. A. Collection Company** | Last 4 digits of account number | 4136 | $1,505.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **Opened 02/14  Last Active 09/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney UI Emergency Medicine**

---

| 4.25 | **G. L. A. Collection Company** | Last 4 digits of account number | 4776 | $1,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **Opened 10/13  Last Active 06/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney UI Emergency Medicine**

---

Debtor 1  **Rahman Omar Abdullah**

Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

---

| 4.2 6 | | | |
|---|---|---|---|

**G. L. A. Collection Company**

Last 4 digits of account number    **4591**                                     **$1,000.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

When was the debt incurred?    **Opened 09/14  Last Active 04/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collection Attorney University Medical Center**

---

| 4.2 7 | | | |
|---|---|---|---|

**G. L. A. Collection Company**

Last 4 digits of account number    **9127**                                     **$720.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

When was the debt incurred?    **Opened 08/16  Last Active 12/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collection Attorney UI Emergency Medicine**

---

| 4.2 8 | | | |
|---|---|---|---|

**G. L. A. Collection Company**

Last 4 digits of account number    **9088**                                     **$500.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

When was the debt incurred?    **Opened 10/14  Last Active 03/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collection Attorney UI Emergency Medicine**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| 4.2 9 | **G. L. A. Collection Company** | Last 4 digits of account number | **0667** | **$500.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 10/13  Last Active 07/13**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney University Medical Center**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.3 0 | **G. L. A. Collection Company** | Last 4 digits of account number | **7509** | **$405.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 01/16  Last Active 09/15**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Ulp Pediatrics-Ped Emerg Car**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.3 1 | **G. L. A. Collection Company** | Last 4 digits of account number | **7608** | **$380.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/14  Last Active 03/14**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney University Medical Center**

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**                         Case number (if known) _____

| 4.3 2 | | | |
|---|---|---|---|

**G. L. A. Collection Company**        **Last 4 digits of account number**    **4722**         $325.00

Nonpriority Creditor's Name

**Attn: Bankruptcy**                    **When was the debt incurred?**    **Opened 02/15  Last Active**
**Po Box 588**                                                            **06/14**
**Greensburg, IN 47240**
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                       ■ Other. Specify    **Collection Attorney University Medical**
☐ Yes                                                      **Center**

---

| 4.3 3 | | | |
|---|---|---|---|

**G. L. A. Collection Company**        **Last 4 digits of account number**    **9601**         $325.00

Nonpriority Creditor's Name

**Attn: Bankruptcy**                    **When was the debt incurred?**    **Opened 01/15  Last Active**
**Po Box 588**                                                            **04/14**
**Greensburg, IN 47240**
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                       ■ Other. Specify    **Collection Attorney University Medical**
☐ Yes                                                      **Center**

---

| 4.3 4 | | | |
|---|---|---|---|

**G. L. A. Collection Company**        **Last 4 digits of account number**    **2780**         $97.00

Nonpriority Creditor's Name

**Attn: Bankruptcy**                    **When was the debt incurred?**    **Opened 07/15  Last Active**
**Po Box 588**                                                            **02/15**
**Greensburg, IN 47240**
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                        ☐ Contingent
■ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                       ■ Other. Specify    **Collection Attorney UI Emergency Medicine**
☐ Yes

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number *(if known)* _____

| 4.3 5 | **G. L. A. Collection Company** | Last 4 digits of account number | **9263** | **$87.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

Number Street City State Zlp Code

When was the debt incurred?   **Opened 10/14  Last Active 06/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney University Medical Center**

---

| 4.3 6 | **G. L. A. Collection Company** | Last 4 digits of account number | **8198** | **$33.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

Number Street City State Zlp Code

When was the debt incurred?   **Opened 05/15  Last Active 10/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney UI Emergency Medicine**

---

| 4.3 7 | **G. L. A. Collection Company** | Last 4 digits of account number | **5716** | **$30.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

Number Street City State Zlp Code

When was the debt incurred?   **Opened 01/15  Last Active 09/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Univ Child Health Specialist**

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number (if known)

| 4.3<br>8 | **G. L. A. Collection Company** | Last 4 digits of account number | **5786** | **$27.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**

Number Street City State Zip Code

When was the debt incurred?    **Opened 03/16  Last Active 11/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collection Attorney Ulp Radiology-Rad Radiology**

---

| 4.3<br>9 | **Harris & Harris** | Last 4 digits of account number | **6558** | **$287.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

Number Street City State Zip Code

When was the debt incurred?    **Opened  1/24/18  Last Active 10/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Debt Medical**

---

| 4.4<br>0 | **Harris & Harris** | Last 4 digits of account number | **6721** | **$223.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

Number Street City State Zip Code

When was the debt incurred?    **Opened  1/24/18  Last Active 10/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Debt Medical**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| 4.4 1 | **Harris & Harris** | Last 4 digits of account number | **0333** | **$217.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

When was the debt incurred?  **Opened  1/24/18  Last Active 10/17**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Debt Medical**

---

| 4.4 2 | **Harris & Harris** | Last 4 digits of account number | **6556** | **$217.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

When was the debt incurred?  **Opened  1/24/18  Last Active 10/17**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Debt Medical**

---

| 4.4 3 | **Harris & Harris** | Last 4 digits of account number | **0301** | **$138.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

When was the debt incurred?  **Opened  3/28/18  Last Active 12/17**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection: Medical Debt on behalf of IUH Emergency Med Wishard Indiana University Radiology**

☐ Yes

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number *(if known)* _____

| 4.4.4 | | | |
|---|---|---|---|

**Heritage Acceptance Corporation d/b/a**

Last 4 digits of account number    **05GC**                        **$6,382.15**

Nonpriority Creditor's Name
**Landmark Acceptance in Ohio**
**121 S. Main Street**
**Elkhart, IN 46516**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection**
**1998 Olds Regency**

---

| 4.4.5 | | | |
|---|---|---|---|

**Hertz**

Last 4 digits of account number                        **Unknown**

Nonpriority Creditor's Name
**PO Box 610027**
**Dallas, TX 75261**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.4.6 | | | |
|---|---|---|---|

**Homes Affordable LLC**

Last 4 digits of account number                        **$1,500.00**

Nonpriority Creditor's Name
**D. Veer Khurana**
**11509 Lakeshore Drive**
**Carmel, IN 46033-3614**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Attorney Fees/prior landlord**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

---

| 4.4 7 | **IMC Credit Services, LLC** | Last 4 digits of account number | **2268** | **$659.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 20636**
**Indianapolis, IN 46220**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **Opened 12/16  Last Active 08/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney St. Vincent Emerg. Phys. Inc.**

---

| 4.4 8 | **IU Health** | Last 4 digits of account number | **8718** | **$964.73** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**250 N. Shadeland Avenue**
**Indianapolis, IN 46219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.4 9 | **IU Health** | Last 4 digits of account number | | **$39,057.37** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**250 N. Shadeland Avenue**
**Indianapolis, IN 46219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

Debtor 1 **Rahman Omar Abdullah**
Debtor 2 **Milando Cossella Abdullah**

Case number (*if known*) _____

| 4.5 0 | **IU Health** | Last 4 digits of account number _____ | **$20,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**250 N. Shadeland Avenue**
**Indianapolis, IN 46219**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Services**

---

| 4.5 1 | **LG& E a PPL Compny** | Last 4 digits of account number   **8114** | **$663.68** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 9001960**
**Louisville, KY 40290-1960**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **UTILITY**

---

| 4.5 2 | **Lighthouse Casualty Company** | Last 4 digits of account number _____ | **$56.25** |
|---|---|---|---|

Nonpriority Creditor's Name
**7400 N Caldwell Avenue**
**Niles, IL 60714**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

---

| 4.5 3 | **Med-1 Sol** | | Last 4 digits of account number | 0572 | | $414.00 |

Nonpriority Creditor's Name

**517 Us Highway 31 N**
**Greenwood, IN 46142**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?     **Opened 04/18  Last Active 12/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Community Health Network**

---

| 4.5 4 | **Med-1 Solutions** | | Last 4 digits of account number | 5507 | | $775.00 |

Nonpriority Creditor's Name

**517 Us Highway 31 N**
**Greenwood, IN 46142**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?     **Opened 05/18  Last Active 12/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Community Health Network**

---

| 4.5 5 | **Med-bill Corporation** | | Last 4 digits of account number | 3631 | | $1,580.00 |

Nonpriority Creditor's Name

**8646 Castle Park Dr**
**Indianapolis, IN 46256**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?     **Opened 01/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Pike Township Fire Dept**

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**                                        Case number (if known) _____

---

| 4.5 6 | **Medical Associates LLP** | Last 4 digits of account number | **3314** | **$1,134.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6276 Dept 20**
**Indianapolis, IN 46206-6276**                    **When was the debt incurred?** _____

Number Street City State Zip Code
Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Medical Debt**

---

| 4.5 7 | **Mercantile Adjustment  Bureau** | Last 4 digits of account number | **8619** | **$127.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**165 Lawrence Bell Dr Ste 100**                   **When was the debt incurred?**    **Opened 05/15**
**Williamsville, NY 14221**

Number Street City State Zip Code
Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify  **Collection Attorney American Electric**
☐ Yes                                              **Power**

---

| 4.5 8 | **Merchants & Medical Credit Corp** | Last 4 digits of account number | **1569** | **$813.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**6324 Taylor Drive**                              **When was the debt incurred?**    **Opened 01/17**
**Flint, MI 48507**

Number Street City State Zip Code
Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Collection Attorney Medic 1 Ambulance**

---

Debtor 1 **Rahman Omar Abdullah**
Debtor 2 **Milando Cossella Abdullah**

Case number (if known) _____

---

| 4.59 | **Midwest Receivable Sol** | Last 4 digits of account number | **5061** | **$143.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2323 Gull Rd, Ste E**
**Kalamazoo, MI 49048**

When was the debt incurred?   **Opened  6/14/12**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.60 | **Money Recovery Nationwide** | Last 4 digits of account number | **1649** | **$345.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 13129**
**Lansing, MI 48901**

When was the debt incurred?   **Opened 01/13  Last Active 11/12**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Epi-Holland**

---

| 4.61 | **Nortons** | Last 4 digits of account number | | **$7,000.00** |

Nonpriority Creditor's Name
**200 E Chestnut Street**
**Louisville, KY 40202**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number *(if known)* _____

| 4.6 2 | **Nortons** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**200 E Chestnut Street**
**Louisville, KY 40202**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Medical Services**

---

| 4.6 3 | **Park Community Credit** | Last 4 digits of account number **0002** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2515 Blankenbaker Pkwy**
**Louisville, KY 40299**

When was the debt incurred?   **Opened 04/16  Last Active 6/30/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Deposit Related**

---

| 4.6 4 | **Planned Parenthood Indiana and Kentucky** | Last 4 digits of account number **4665** | **$142.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 7098**
**Dept 310**
**Indianapolis, IN 46207-7098**

When was the debt incurred?   **2/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Medical Services Provided**

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number (if known) _____

| 4.6 5 | **Plaza Services, Llc** | Last 4 digits of account number | **6503** | **$367.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**110 Hammond Dr. Ste 110**
**Atlanta, GA 30328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened  3/28/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **12 Checkintocash**

---

| 4.6 6 | **Republic Bank** | Last 4 digits of account number | **5359** | **$488.47** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Overdraft Honor Department**
**601 West Market Street**
**Louisville, KY 40202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bank Fees**

---

| 4.6 7 | **Ronald Harrison** | Last 4 digits of account number | **618F** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment Eviction**

---

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number (if known) _____

| 4.6 8 | **Royal Motor Sales** | Last 4 digits of account number | **1484** | **Unknown** |

Nonpriority Creditor's Name
**4515 Dixie Hwy**
**Louisville, KY 40216**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Automobile/ Duplicate**

| 4.6 9 | **Spectrum** | Last 4 digits of account number | **8608** | **$303.33** |

Nonpriority Creditor's Name
**1600 Dublin Rd**
**Columbus, OH 43215**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **UTILITY**

| 4.7 0 | **Sprint** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Dept 555**
**PO Box 4115**
**Concord, CA 94524**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **UTILITY/Duplicate**

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**                      Case number (if known) _____

| 4.7 1 | **TransUnion Consumer Solutions** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 2000**
**Chester, PA 19016-2000**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                      **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only                         ☐ Contingent

☐ At least one of the debtors and another            ☐ Unliquidated

☐ **Check if this claim is for a  community**         ☐ Disputed
**debt**
                                                     **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**
                                                     ☐ Student loans
■ No
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
☐ Yes                                                   report as priority claims

                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify   **Notice Only**

| 4.7 2 | **U.S. Department of Education** | Last 4 digits of account number  **3747** | $6,188.00 |

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**                                  **When was the debt incurred?**   **Opened 10/11  Last Active**
**Po Box 16408**                                                                      **6/22/18**
**Saint Paul, MN 55116**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent

■ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**         ■ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ☐ Other. Specify

                                                                              **Educational**

| 4.7 3 | **U.S. Department of Education** | Last 4 digits of account number  **3749** | $3,751.00 |

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**                                  **When was the debt incurred?**   **Opened 10/11  Last Active**
**Po Box 16408**                                                                      **6/22/18**
**Saint Paul, MN 55116**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent

■ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**         ■ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ☐ Other. Specify

                                                                              **Educational**

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**

Case number (if known) _____

---

| 4.7 4 | | | |
|---|---|---|---|
| **U.S. Department of Education** | **Last 4 digits of account number** | **3736** | **$3,326.00** |

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**
**Po Box 16408**
**Saint Paul, MN 55116**

**When was the debt incurred?**   **Opened 04/11  Last Active 6/22/18**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   **Educational**

---

| 4.7 5 | | | |
|---|---|---|---|
| **U.S. Department of Education** | **Last 4 digits of account number** | **3754** | **$3,292.00** |

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**
**Po Box 16408**
**Saint Paul, MN 55116**

**When was the debt incurred?**   **Opened 04/11  Last Active 6/22/18**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   **Educational**

---

| 4.7 6 | | | |
|---|---|---|---|
| **U.S. Department of Education** | **Last 4 digits of account number** | **3742** | **$3,102.00** |

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**
**Po Box 16408**
**Saint Paul, MN 55116**

**When was the debt incurred?**   **Opened 04/11  Last Active 6/22/18**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   **Educational**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**                                    Case number *(if known)* _____

| 4.7 7 | **United Recovery Solutions** | Last 4 digits of account number | **3877** | **Unknown** |

Nonpriority Creditor's Name
**11603 Shelbyville Rd, Suite 2**
**Louisville, KY 40243-1371**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**
**for Auto of America/Duplicate**

---

| 4.7 8 | **University of Louisville Hospital** | Last 4 digits of account number | | **$15,000.00** |

Nonpriority Creditor's Name
**220 Abraham Flexner Way**
**Louisville, KY 40202**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

| 4.7 9 | **University of Louisville Hospital** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**220 Abraham Flexner Way**
**Louisville, KY 40202**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number (if known) _____

| 4.8 0 | **US Deptartment of Education/Great Lakes** | Last 4 digits of account number | **8581** | **$35,973.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 7860**
**Madison, WI 53707**

When was the debt incurred?    **Opened 06/09 Last Active 10/31/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

| 4.8 1 | **Waypoint Resource Group** | Last 4 digits of account number | **1004** | **$386.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1081**
**San Antonio, TX 78294**

When was the debt incurred?    **Opened 6/27/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **11 Charter Bright House**

---

| 4.8 2 | **William or Marlene Bennett** | Last 4 digits of account number | **559F** | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment Eviction**

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| 4.8 3 | **Wood Forest National Bank** | Last 4 digits of account number _____ | **$600.00** |

Nonpriority Creditor's Name
**4545 Lafayette Rd**
**Indianapolis, IN 46254**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bank Fees**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Acceptance Now**
**5501 Headquarters Dr**
**Plano, TX 75024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6401**

Name and Address
**Acceptance Now**
**5501 Headquarters Dr**
**Plano, TX 75024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2075**

Name and Address
**Afni, Inc.**
**Po Box 3097**
**Bloomington, IL 61702**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6215**

Name and Address
**Brighthouse Networks**
**PO Box 30262**
**Tampa, FL 33630-3262**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.69** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8608**

Name and Address
**Cadillac Accounts Receivable**
**Management**
**Po Box 358**
**Cadillac, MI 49601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**CCHA -Credit Clearinghouse**
**Pob 1209**
**Louisville, KY 40202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**CCHA -Credit Clearinghouse**
**Pob 1209**
**Louisville, KY 40202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
□ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Debtor 1 | Rahman Omar Abdullah | |
|---|---|---|
| Debtor 2 | Milando Cossella Abdullah | Case number *(if known)* |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Charles C Garver III**<br>**121 S Main Street**<br>**Elkhart, IN 46516** | Line **4.44** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number         **05GC** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Community Health Network**<br>**PO Box 19202**<br>**Indianapolis, IN 46219** | Line **4.11** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number         **9926** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Convergent Outsourcing, Inc.**<br>**800 Sw 39th St**<br>**Renton, WA 98057** | Line **4.13** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Protection Association**<br>**One Galleria Tower**<br>**Dallas, TX 75240** | Line **4.15** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Department of Revenue**<br>**Station Number 32**<br>**501 High Street**<br>**Frankfort, KY 40602** | Line **2.2** of (*Check one*):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ERC/Enhanced Recovery Corp**<br>**Po Box 57547**<br>**Jacksonville, FL 32241** | Line **4.19** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.24** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.25** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.26** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.27** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.28** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**

Case number (if known) _____

| | | |
|---|---|---|
| **G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | Line **4.29** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**G. L. A. Collection Company**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Harris & Harris**<br>**111 West Jackson Boulevard**<br>**Chicago, IL 60604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Harris & Harris**<br>**111 West Jackson Boulevard**<br>**Chicago, IL 60604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

Debtor 1    **Rahman Omar Abdullah**
Debtor 2    **Milando Cossella Abdullah**

Case number *(if known)*

---

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Harris & Harris**<br>**111 West Jackson Boulevard**<br>**Chicago, IL 60604** | Line **4.41** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Harris & Harris**<br>**111 West Jackson Boulevard**<br>**Chicago, IL 60604** | Line **4.42** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Harris & Harris**<br>**111 West Jackson Boulevard**<br>**Chicago, IL 60604** | Line **4.43** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IMC Credit Services, LLC**<br>**6955 Hillsdale Ct**<br>**Indianapolis, IN 46250** | Line **4.47** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Insurance King**<br>**127 N Alpine #102**<br>**Rockford, IL 61107-4900** | Line **4.52** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **7420**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IU Health**<br>**PO Box 4374**<br>**Chicago, IL 60680** | Line **4.48** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **8718**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jefferson District Court**<br>**600 W Jefferson Street #3012**<br>**Louisville, KY 40202** | Line **4.82** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **559F**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jefferson District Court**<br>**600 W Jefferson Street #3012**<br>**Louisville, KY 40202** | Line **4.67** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **618F**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Med-1 Solutions LLC**<br>**Dept 5621**<br>**PO Box 790126**<br>**Saint Louis, MO 63179** | Line **4.54** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **5507**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mercantile Adjustment  Bureau**<br>**165 Lawrence Bell Dr Ste**<br>**Buffalo, NY 14221** | Line **4.57** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Merchants & Medical Credit Corp**<br>**6324 Taylor Dr**<br>**Flint, MI 48507** | Line **4.58** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

Debtor 1  **Rahman Omar Abdullah**
Debtor 2  **Milando Cossella Abdullah**                     Case number *(if known)* _____

| | |
|---|---|
| Name and Address<br>**Midwest Receivable Sol**<br>**2323 Gull Road**<br>**Kalamazoo, MI 49048** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Money Recovery Nationwide**<br>**8155 Executive Ct Ste 10**<br>**Lansing, MI 48917** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Park Community Credit Union**<br>**PO Box 18630**<br>**Louisville, KY 40261** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **7696** |
| Name and Address<br>**Plaza Services, Llc**<br>**110 Hammond Drive Suite 110**<br>**Atlanta, GA 30328** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Social Security**<br>**Admininstration/New York**<br>**155-10 Jamaica Ave**<br>**Jamaica, NY 11432** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.8** of *(Check one):*<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Spectrum**<br>**PO Box 23298**<br>**Tampa, FL 33623** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **8608** |
| Name and Address<br>**Spectrum**<br>**4145 S. Falkenburg Rd**<br>**Riverview, FL 33578-8652** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**State of Michigan**<br>**5th Judicial District**<br>**811 Port Street**<br>**Saint Joseph, MI 49085** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **05GC** |
| Name and Address<br>**U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.72** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.73** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.74** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | Line **4.76** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Deptartment of Education/Great Lakes**<br>**2401 International Lane**<br>**Madison, WI 53704** | Line **4.80** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WALMART**<br>**702 SW 8TH STREET**<br>**Bentonville, AR 72716** | Line **4.44** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **05GC** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Waypoint Resource Group**<br>**Po Box 8588**<br>**Round Rock, TX 78683** | Line **4.81** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **201.55** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **609.64** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **811.19** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **55,632.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **239,175.23** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **294,807.23** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** _____ <br> Name <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** _____ <br> Name <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1     **Rahman Omar Abdullah**

Debtor 2     **Milando Cossella Abdullah**
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income      12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**   ■ Employed   ☐ Not employed | ■ Employed   ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**   **Forklift Driver** | **Sales Associate** |
| | | **Employer's name**   **Total Resource** | **TJ Maxx** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address**   **5450 Lafayette Rd Indianapolis, IN 46254** | **50 N Illinois Street Indianapolis, IN 46204** |
| | | **How long employed there?**   **1 month** | **1 month** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   1,248.00 | $   917.28 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$   0.00 | +$   0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $   1,248.00 | $   917.28 |

Debtor 1　**Rahman Omar Abdullah**
Debtor 2　**Milando Cossella Abdullah**　　　　　　　　　　Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $　**1,248.00** | $　**917.28** |

5.　**List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $　**0.00** | $　**0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $　**0.00** | $　**0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $　**0.00** | $　**0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $　**0.00** | $　**0.00** |
| 5e. | **Insurance** | 5e. | $　**0.00** | $　**0.00** |
| 5f. | **Domestic support obligations** | 5f. | $　**0.00** | $　**0.00** |
| 5g. | **Union dues** | 5g. | $　**0.00** | $　**0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $　**0.00** + | $　**0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $　**0.00** | $　**0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $　**1,248.00** | $　**917.28** |

8.　**List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $　**0.00** | $　**0.00** |
| 8b. | **Interest and dividends** | 8b. | $　**0.00** | $　**0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $　**0.00** | $　**0.00** |
| 8d. | **Unemployment compensation** | 8d. | $　**0.00** | $　**0.00** |
| 8e. | **Social Security** | 8e. | $　**0.00** | $　**786.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $　**0.00** | $　**0.00** |
| 8g. | **Pension or retirement income** | 8g. | $　**0.00** | $　**0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $　**0.00** + | $　**0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $　**0.00** | $　**786.00** |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $　**1,248.00** + $　**1,703.28** = $　**2,951.28** |
|---|---|---|---|

11.　**State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____　11.　+$　**0.00**

12.　**Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.　$　**2,951.28**

**Combined monthly income**

13.　**Do you expect an increase or decrease within the year after you file this form?**
■　No.
☐　Yes. Explain: [_____]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| Debtor 2 (Spouse, if filing) | **Milando Cossella Abdullah** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 3 | ☐ No  ■ Yes |
| Daughter | 6 | ☐ No  ■ Yes |
| Son | 9 | ☐ No  ■ Yes |
| Son | 14 | ☐ No  ■ Yes |
| Daughter | 17 | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ _____ 0.00

   4b.   Property, homeowner's, or renter's insurance    4b. $ _____ 0.00

   4c.   Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00

   4d.   Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**                              Case number (if known) _____

Debtor 1   **Rahman Omar Abdullah**
Debtor 2   **Milando Cossella Abdullah**                          Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.   $ | 165.00 |
| | 6b.   Water, sewer, garbage collection | 6b.   $ | 435.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.   $ | 195.00 |
| | 6d.   Other. Specify: | 6d.   $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7.   $ | 892.00 |
| 8. | **Childcare and children's education costs** | 8.   $ | 50.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.   $ | 149.50 |
| 10. | **Personal care products and services** | 10.   $ | 75.00 |
| 11. | **Medical and dental expenses** | 11.   $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12.   $ | 196.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.   $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14.   $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.   $ | 0.00 |
| | 15b.   Health insurance | 15b.   $ | 0.00 |
| | 15c.   Vehicle insurance | 15c.   $ | 0.00 |
| | 15d.   Other insurance. Specify: | 15d.   $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16.   $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.   $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b.   $ | 0.00 |
| | 17c.   Other. Specify: | 17c.   $ | 0.00 |
| | 17d.   Other. Specify: | 17d.   $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as<br>deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.   $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.   Mortgages on other property | 20a.   $ | 0.00 |
| | 20b.   Real estate taxes | 20b.   $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.   $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.   $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e.   $ | 0.00 |
| 21. | **Other:** Specify: | 21.   +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.   Add lines 4 through 21. | $ | 2,157.50 |
| | 22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.   Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,157.50 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.   $ | 2,951.28 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b.   -$ | 2,157.50 |
| | 23c.   Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c.   $ | 793.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.     | Explain here: **Need a vehicle, home repair, Insurance etc.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Rahman Omar Abdullah** | X **/s/ Milando Cossella Abdullah** |
|---|---|
| **Rahman Omar Abdullah** | **Milando Cossella Abdullah** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **December  7, 2018** | Date **December  7, 2018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

 ■ Married
 ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

 ☐ No
 ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1818 East 42nd Street**<br>**Indianapolis, IN 46208** | From-To:<br>**11/2016 - 6/2017** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |
| **3710 North Meridian**<br>**Apt. 249**<br>**Indianapolis, IN 46205** | From-To:<br>**6/2016 - 11/2016** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |
| **666 Curry Court**<br>**Louisville, KY 40212** | From-To:<br>**1/2016 - 6/2016** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |
| **638 South 38th Street**<br>**Louisville, KY 40211** | From-To:<br>**06/2014 - 12/2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

 ■ No
 ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Rahman Omar Abdullah** |
|---|---|
| Debtor 2 | **Milando Cossella Abdullah** |

Case number *(if known)* _____

---

| **Part 2** | **Explain the Sources of Your Income** |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$9,092.45** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **Unknown** |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$5,090.21** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$7,216.58** |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **Unknown** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$5,514.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | **$0.00** | **Disability** | **$5,964.00** |
| | | **$0.00** | **Social Security Benefits** | **$1.00** |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | | **$0.00** | **Social Security Benefits** | **$1.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | | **$0.00** | **Social Security Benefits** | **$1.00** |

---

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* _____ |

---

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

---

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **William Or Marlene Bennett vs RAHMAN ABDULLAH 15C010559F** | **FORCIBLE ENTRY/DETAINER** | **JEFFERSON DISTRICT COURT 600 W Jefferson St #3012 Louisville, KY 40202**<br><br>**- 0.00** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor 1 | **Rahman Omar Abdullah** |
|----------|--------------------------|
| Debtor 2 | **Milando Cossella Abdullah** |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---------------------------|--------------------|-----------------|--------------------|
| **Ronald Harrison vs ABDULLAH OMAR**<br>**16C007618F** | **FORCIBLE ENTRY/DETAINER** | **JEFFERSON DISTRICT COURT**<br>**600 W Jefferson St #3012**<br>**Louisville, KY 40202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 0.00** |
| **Standard Investments Corp vs RAHMAN ABDVLLAH, MILANDO ABDVLLAH**<br>**49K071703SC001217** | **SMALL CLAIMS JUDGMENT** | **Marion County Small Claims Court**<br>**Washington Township Division**<br>**5302 N. Keystone Avenue, Suite E**<br>**Indianapolis, IN 46220** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 1,500.00** |
| **Standard Investments Corp vs RAHMAN ABDVLLAH, MILANDO ABDVLLAH**<br>**49K071703SC001217** | **CIVIL NEW FILING** | **Marion County Small Claims Court**<br>**Washington Township Division**<br>**5302 N. Keystone Avenue, Suite E**<br>**Indianapolis, IN 46220** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 0.00** |
| **Standard Investments Corp vs MILANDO ABDVLLAH, RAHMAN ABDVLLAH**<br>**49K071703SC001217** | **SMALL CLAIMS JUDGMENT** | **Marion County Small Claims Court**<br>**Washington Township Division**<br>**5302 N. Keystone Avenue, Suite E**<br>**Indianapolis, IN 46220** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 1,500.00** |
| **Heritage Acceptance Corporation vs MILANDO ABDVLLAH, RAHMAN ABDVLLAH**<br>**49K071703SC001217** | **CIVIL NEW FILING** | **Marion County Small Claims Court**<br>**Washington Township Division**<br>**5302 N. Keystone Avenue, Suite E**<br>**Indianapolis, IN 46220** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 0.00** |
| **Heritage Acceptance Corporation vs MILANDO SANDERS**<br>**2011C09605GC** | **CIVIL JUDGMENT** | **BERRIEN COUNTY 5TH DISTRICT COURT**<br>**811 Port Street**<br>**Saint Joseph, MI 49085** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 4,884.00** |
| **Innovative Auto Finance v. Milando C Sanders** | **Civil** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---------------------------|---------------------------------------------------|------|-----------------------|

| Debtor 1 | **Rahman Omar Abdullah** |
|---|---|
| Debtor 2 | **Milando Cossella Abdullah** |

Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Heritage Acceptance Corporation d/b/a**<br>**Landmark Acceptance in Ohio**<br>**121 S. Main Street**<br>**Elkhart, IN 46516** | **Collection**<br>**1998 Olds Regency**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>■ Property was attached, seized or levied. | **Tax Offset & Garnishment** | $0.00 |
| **Ivy Tech Community College**<br>**50 W FALL CREEK PKWY N DRIVE**<br>**Indianapolis, IN 46208** | **Educational Loan**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **Tax Offset** | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Portia Douglas, P.C.<br>70 East 91st Street<br>Suite 108<br>Indianapolis, IN 46240<br>legalportia@yahoo.com | Filing fee $310.00<br>Credit report fees $80.00 | | $0.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | **Rahman Omar Abdullah** | |
|---|---|---|
| Debtor 2 | **Milando Cossella Abdullah** | Case number *(if known)* |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes.** Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**
☐ **Yes.** Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes.** Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ **No**
☑ **Yes.** Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Debtors Residence**<br>**3675 N. Colorado**<br>**Indianapolis, IN 46218** | **City of Indianapolis**<br>**Po box 68963**<br>**Indianapolis, IN 46268** | | **11/2018** |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes.** Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Rahman Omar Abdullah | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | Milando Cossella Abdullah | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Rahman Omar Abdullah | /s/ Milando Cossella Abdullah |
|---|---|
| **Rahman Omar Abdullah**<br>**Signature of Debtor 1** | **Milando Cossella Abdullah**<br>**Signature of Debtor 2** |
| Date    **December  7, 2018** | Date    **December  7, 2018** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

>  **You are an individual filing for bankruptcy,** and

>  **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

>  Chapter 7 - Liquidation

>  Chapter 11 - Reorganization

>  Chapter 12 - Voluntary repayment plan for family farmers or fishermen

>  Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

>  most taxes;

>  most student loans;

>  domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

Case Name:    **Rahman Omar Abdullah**
**Milando Cossella Abdullah**

Case No.

## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13
## DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that debtors know what their attorney's responsibilities are and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. In order to assure that debtors and attorneys understand their rights and responsibilities in the bankruptcy process, the following guidelines provided by the Court are hereby agreed to by the debtors and their attorney.

# BEFORE THE CASE IS FILED
**The debtor agrees to:**
    1. Provide the attorney with complete, accurate and current financial information.
    2. Discuss with the attorney the debtor's objectives in filing the case.
    3. Disclose any previous bankruptcies filed in the previous 8 years.
    4. Unless excused under 11 U.S.C. § 109(h), receive a briefing from an approved nonprofit budget and credit counseling agency and provide the attorney with a copy of the certificate from the agency showing such attendance, as well as a copy of the debt repayment plan, if any, developed through the agency.
    5. Disclose to the attorney any and all domestic support obligations.

**The attorney agrees to:**
    1. Meet with the debtor to review the debtor's debts, assets, liabilities, income and expenses.
    2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, provide debtor with the notice required under 11 U.S.C. § 342(b) if applicable, discuss both procedures with the debtor and answer the debtor's questions.
    3. Explain what payments will be made to creditors directly by the debtor and what payments will be made through the Chapter 13 plan, with particular attention to mortgage and vehicle loan payments, any other debts that accrue interest, domestic support obligations and leases.
    4. Explain to the debtor how, when and where to make payments, pursuant to the plan, to the Chapter 13 trustee and of the necessity to include the debtor's case number, name and current address on each payment item.
    5. Explain to the debtor how the attorney and trustee's fees are paid and provide an executed copy of this document to the debtor.
    6. Explain to the debtor that the first payment due under Chapter 13 must be made to the trustee within 30 days of filing of the bankruptcy petition.
    7. Advise the debtor of the requirement to attend the Section 341 Meeting of Creditors and instruct the debtor as to the date, time and place of the meeting and of the necessity to bring both picture identification and proof of the debtor's social security number to the meeting.
    8. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on leased vehicles or those securing loans, and of the obligation to bring copies of the declaration page(s) documenting such insurance to the Meeting of Creditors.
    9. Advise debtors engaged in business of the necessity to maintain liability insurance, workers compensation insurance, if required, and any other insurance coverage required by law.
    10. Timely prepare and file the debtor's petition, plan, statements, schedules, and any other papers or documents required under the Bankruptcy Code.

Case Name: **Rahman Omar Abdullah**
**Milando Cossella Abdullah**                                          Case No.

# AFTER THE CASE IS FILED

**The debtor agrees to:**

1. Timely make all required payments to the Chapter 13 trustee that first become due 30 days after the case is filed. Also, if required, turn over any tax refunds, personal injury settlement proceeds or any other property as requested by the trustee.

2. Timely make all post-petition payments due to mortgage lenders, holders of domestic support obligations, lessors, and any other creditor that debtor agreed or is obligated to pay directly.

3. Cooperate with the attorney in the preparation of all pleadings and attend all hearings as required.

4. Keep the trustee, attorney and Court informed of any changes to the debtor's address and telephone number.

5. Prepare and file any and all federal, state and local tax returns within 30 days of filing the petition.

6. Inform the attorney of any wage garnishments or attachments of assets which occur or continue to occur after the filing of the case.

7. Contact the attorney promptly with any information regarding changes in employment, increases or decreases in income or other financial problems or changes.

8. Contact the attorney promptly if the debtor acquires any property after the petition is filed. Such property might include, but is not limited to, personal injury proceeds, inheritances, lottery winnings, etc.

9. Inform the attorney if the debtor is sued during the case.

10. Inform the attorney if any tax refunds to which the debtors are entitled are seized or not returned to the debtor by the IRS, the Indiana Department of Revenue or any other taxing authority.

11. Contact the attorney to determine whether court approval is required before buying, refinancing or selling real property or before entering into any long-term loan agreement.

12. Pay any filing fees and courts costs directly to the attorney.

13. If the requirements of 11 U.S.C. § 109(h) were waived by the Court when the case was first filed, receive a briefing from an approved nonprofit budget and credit counseling agency within 30 days of the case being filed (unless the Court, for cause, extends such time) and provide counsel with the certificate from the agency stating that the debtor attended such briefing.

14. Unless such attendance is excused under 11 U.S.C. § 1328(f), complete an instructional course concerning personal financial management and shall promptly submit to the debtor's attorney a signed and completed Certification of Completion of Instruction Course Concerning Personal Financial Management.

15. Cooperate fully with any audit conducted pursuant to 28 U.S.C. § 586(a).

16. After all plan payments have been made, and if the debtor is eligible for a discharge, timely provide counsel with the information needed to complete any documents required by the Court before a discharge will be entered.

**The attorney agrees to provide the following legal services:**

1. Appear at the Section 341 Meeting of Creditors with the debtor.

2. Respond to objections to plan confirmation and, where necessary, prepare an amended plan.

3. Timely submit properly documented profit and loss statements, tax returns and proof of income when requested by the trustee.

4. Prepare, file and serve necessary modifications to the plan.

5. Prepare, file and serve necessary amended statements and schedules, in accordance with information provided by the debtor.

6. Prepare, file and serve necessary motions to buy, sell or refinance property when appropriate.

7. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor or trustee.

8. Represent the debtor in motions for relief from stay and motions to dismiss and/or convert.

9. Where appropriate, prepare, file, serve and notice motions to avoid liens on real or personal property.

10. Where appropriate, prepare, file and serve a summons and complaint to avoid a wholly unsecured mortgage.

11. Be available to respond to debtor's questions throughout the life of the plan.

12. Negotiate with any creditor holding a claim against the debtor that is potentially nondischargeable to determine if the matter can be resolved prior to litigation. Discuss with debtor the cost and advisability of litigating the dischargeability of the claim. The attorney is not required, however, to represent the debtor in any adversary proceeding to determine the nondischargeability of any debt pursuant to these Rights and Responsibilities.

13. Represent the debtor with respect to any audit conducted pursuant to 28 U.S.C. § 586(a).

2

Case Name: **Rahman Omar Abdullah**
**Milando Cossella Abdullah**                                    Case No.

    14. Negotiate all reaffirmation agreements and appear with the debtor at any hearing on same.

    15. After all plan payments have been made, and if the debtor is eligible for a discharge, prepare, file and serve any documents required by the Court before a discharge will be entered.

    The total fee charged in this case is $**4,000.00**. If this fee later proves to be insufficient to compensate the attorney for the legal service rendered in the case, the attorney has the right to apply to the court for any additional attorney fees. Fees shall be paid through the plan unless otherwise ordered. The attorney may not receive additional fees directly from the debtor other than the initial retainer. If an attorney has elected to be compensated pursuant to these guidelines, but the case is dismissed prior to confirmation of the plan, absent contrary order, the trustee shall pay to the attorney, to the extent funds are available, an administrative claim equal to 50% of the unpaid fee balance if a properly documented fee claim (for the entire fee balance) has been filed by the attorney and served upon the trustee.

3

Case Name: **Rahman Omar Abdullah**
**Milando Cossella Abdullah**                                                    Case No.

If the debtor disputes the legal services provided or the fees charged by the attorney, an objection must be filed with the Court.

Dated:  **December  7, 2018** _____          **/s/ Rahman Omar Abdullah** _____
                                                                               **Rahman Omar Abdullah**
                                                                               Debtor

Dated:  **December  7, 2018** _____          **/s/ Milando Cossella Abdullah** _____
                                                                               **Milando Cossella Abdullah**
                                                                               Debtor

Dated:  **December  7, 2018** _____          **/s/ Portia Douglas** _____
                                                                               **Portia Douglas 11035-71 Debtors Attorney**
                                                                               Attorney for Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Indiana

In re  **Rahman Omar Abdullah**
**Milando Cossella Abdullah**

Debtor(s)

Case No.

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **4,000.00** |

2.  $  **310.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **PREPARATION AND FILING OF MOTIONS PURSUANT TO 11 U S C 522(f)(2)(A)**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Pertaining to Chapter 13 debtors, Please refer to the Rights and Responsibilities of Chapter 13 debtors and their attorneys. In Chapter 7 and Chapter 13, REPRESENTATION OF THE DEBTORS IN ANY DISCHARGEABIITY ACTIONS OR ANY OTHER ADVERSARY PROCEEDINGS. Representation at Reaffirmation Hearings**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**December  7, 2018**

*Date*

**/s/ Portia Douglas**
**Portia Douglas 11035-71 Debtors Attorney**
*Signature of Attorney*
**Law Office of Portia Douglas, P.C.**
**70 East 91st Street**
**Suite 108**
**Indianapolis, IN 46240**
**317-581-9590  Fax: 877-948-4707**
**legalportia@yahoo.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Rahman Omar Abdullah**
      **Milando Cossella Abdullah**
                                        Debtor(s)

Case No.
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **December 7, 2018**

**/s/ Rahman Omar Abdullah**
**Rahman Omar Abdullah**
Signature of Debtor

Date:  **December 7, 2018**

**/s/ Milando Cossella Abdullah**
**Milando Cossella Abdullah**
Signature of Debtor

```
ACCEPTANCE NOW
ATTN: ACCEPTANCENOW CUSTOMER SERVICE / B
5501 HEADQUARTERS DR
PLANO, TX 75024


ACCEPTANCE NOW
ATTN: ACCEPTANCENOW CUSTOMER SERVICE / B
5501 HEADQUARTERS DR
PLANO, TX 75024


ACCEPTANCE NOW
5501 HEADQUARTERS DRIVE
PLANO, TX 75024


ACCEPTANCE NOW
5501 HEADQUARTERS DR
PLANO, TX 75024


ACCEPTANCE NOW
5501 HEADQUARTERS DR
PLANO, TX 75024


ACCEPTANCE NOW
5450 E 82ND STREET
INDIANAPOLIS, IN 46250


ACS/COLLEGE LOAN CORP
C/O ACS
UTICA, NY 13501
```

```
AFNI, INC.
ATTN: BANKRUPTCY
PO BOX 3427
BLOOMINGTON, IL 61702



AFNI, INC.
PO BOX 3097
BLOOMINGTON, IL 61702



BB&T
2501 W BROADWAY
LOUISVILLE, KY 40211



BERRIEN COUNTY 5TH DISTRICT COURT
811 PORT STREET
SAINT JOSEPH, MI 49085



BRIGHTHOUSE NETWORKS
PO BOX 30262
TAMPA, FL 33630-3262



CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT
ATTN: BANKRUPTCY
PO BOX 358
CADILLAC, MI 49601



CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT
PO BOX 358
CADILLAC, MI 49601
```

```
CCHA -CREDIT CLEARINGHOUSE
CCHA
PO BOX 1209
LOUSIVILLE, KY 40201




CCHA -CREDIT CLEARINGHOUSE
CCHA
PO BOX 1209
LOUSIVILLE, KY 40201




CCHA -CREDIT CLEARINGHOUSE
POB 1209
LOUISVILLE, KY 40202




CCHA -CREDIT CLEARINGHOUSE
POB 1209
LOUISVILLE, KY 40202




CHARLES C GARVER III
121 S MAIN STREET
ELKHART, IN 46516




CHARLES C GAVER, III
121 S MAIN STREET
ELKHART, IN 46516




CHECK INTO CASH
3929 TAYLORSVILLE RD
LOUISVILLE, KY 40220
```

CITIZENS ENERGY GROUP
PO BOX 7056
INDIANAPOLIS, IN 46207-7056


CITIZENS ENERGY GROUP
PO BOX 7056
INDIANAPOLIS, IN 46207-7056


COCINELLE & CO, LLC
1206 BROOKSHIRE PARKWAY
CARMEL, IN 46033


COMMONWEALTH OF KENTUCKY
KENTUCKY DEPARTMENT OF REVENUE
FRANKFORT, KY 40619


COMMUNITY HEALTH NETWORK
7163 SOLUTION CENTER
CHICAGO, IL 60677-7001


COMMUNITY HEALTH NETWORK
PO BOX 19202
INDIANAPOLIS, IN 46219-0202


COMMUNITY HEALTH NETWORK
PO BOX 19202
INDIANAPOLIS, IN 46219

CONVERGENT OUTSOURCING, INC.
ATTN: BANKRUPTCY
PO BOX 9004
RENTON, WA 98057


CONVERGENT OUTSOURCING, INC.
800 SW 39TH ST
RENTON, WA 98057


CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007


CREDIT PROTECTION ASSOCIATION
ATTN: BANKRUPTCY
PO BOX 302068
DALLAS, TX 75380


CREDIT PROTECTION ASSOCIATION
ONE GALLERIA TOWER
DALLAS, TX 75240


DEPARTMENT OF REVENUE
STATION NUMBER 32
501 HIGH STREET
FRANKFORT, KY 40602


DIRECTTV
PO BOX 5007
CAROL STREAM, IL 60197-5007

DIXIEFINCO
2119 DIXIE HIGHWAY
LOUISVILLE, KY 40210


EQUIFAX INFORMATION SERVICES LLC
PO BOX 740256
ATLANTA, GA 30374-0256


ERC/ENHANCED RECOVERY CORP
ATTN: BANKRUPTCY
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256


ERC/ENHANCED RECOVERY CORP
PO BOX 57547
JACKSONVILLE, FL 32241


ESKENAZI
PO BOX 630591
CINCINNATI, OH 45263-0591


ESKENAZI HEALTH
PO BOX 360901
CINCINNATI, OH 45263


ESKENAZI HEALTH
PO BOX 630591
CINCINNATI, OH 45263-0591

```
EXPERIAN
PO BOX 4500
ALLEN, TX 75013




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240




G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240
```

```
G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240
```

```
G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
ATTN: BANKRUPTCY
PO BOX 588
GREENSBURG, IN 47240



G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299



G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299



G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299



G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299



G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299
```

G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299

G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


G. L. A. COLLECTION COMPANY
2630 GLEESON LN
LOUISVILLE, KY 40299


HARRIS & HARRIS
111 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60604


HARRIS & HARRIS
111 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60604


HARRIS & HARRIS
111 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60604


HARRIS & HARRIS
111 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60604

```
HARRIS & HARRIS
111 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60604



HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
CHICAGO, IL 60604



HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
CHICAGO, IL 60604



HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
CHICAGO, IL 60604



HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
CHICAGO, IL 60604



HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
CHICAGO, IL 60604



HENRY KIM TEKOLSTE, ATTORNEY AT LAW
6284 RUCKER ROD
SUITE M
INDIANAPOLIS, IN 46220
```

```
HERITAGE ACCEPTANCE CORPORATION
121 S MAIN STREET
ELKHART, IN 46516




HERITAGE ACCEPTANCE CORPORATION D/B/A
LANDMARK ACCEPTANCE IN OHIO
121 S. MAIN STREET
ELKHART, IN 46516




HERTZ
PO BOX 610027
DALLAS, TX 75261




HOMES AFFORDABLE LLC
D. VEER KHURANA
11509 LAKESHORE DRIVE
CARMEL, IN 46033-3614




IMC CREDIT SERVICES, LLC
ATTN: BANKRUPTCY
PO BOX 20636
INDIANAPOLIS, IN 46220




IMC CREDIT SERVICES, LLC
6955 HILLSDALE CT
INDIANAPOLIS, IN 46250




INDIANA DEPARTMENT OF REVENUE
100 N. SENATE AVENUE
ROOM N203-BANKRUPTCY
INDIANAPOLIS, IN 46204
```

INNOVATE AUTO FINANCE
PO BOX 164803
FORT WORTH, TX 76161


INSURANCE KING
127 N ALPINE #102
ROCKFORD, IL 61107-4900


INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
STOP SB 380
INDIANAPOLIS, IN 46204


IU HEALTH
250 N. SHADELAND AVENUE
INDIANAPOLIS, IN 46219


IU HEALTH
250 N. SHADELAND AVENUE
INDIANAPOLIS, IN 46219


IU HEALTH
250 N. SHADELAND AVENUE
INDIANAPOLIS, IN 46219


IU HEALTH
PO BOX 4374
CHICAGO, IL 60680

```
JEFFERSON COUNTY SHERIFF
531 COURT PLACE
SUITE 604
LOUISVILLE, KY 40202




JEFFERSON DISTRICT COURT
600 W JEFFERSON STREET #3012
LOUISVILLE, KY 40202




JEFFERSON DISTRICT COURT
600 W JEFFERSON STREET #3012
LOUISVILLE, KY 40202




LG& E A PPL COMPNY
PO BOX 9001960
LOUISVILLE, KY 40290-1960




LIGHTHOUSE CASUALTY COMPANY
7400 N CALDWELL AVENUE
NILES, IL 60714




MARION COUNTY SMALL CLAIMS COURT
WASHINGTON TOWNSHIP DIVISION
5302 N. KEYSTONE AVENUE, SUITE E
INDIANAPOLIS, IN 46220




MARION COUNTY TREASURER
PO BOX 6145
INDIANAPOLIS, IN 46206-6145
```

MED-1 SOL
517 US HIGHWAY 31 N
GREENWOOD, IN 46142


MED-1 SOLUTIONS
517 US HIGHWAY 31 N
GREENWOOD, IN 46142


MED-1 SOLUTIONS LLC
DEPT 5621
PO BOX 790126
SAINT LOUIS, MO 63179


MED-BILL CORPORATION
8646 CASTLE PARK DR
INDIANAPOLIS, IN 46256


MEDICAL ASSOCIATES LLP
PO BOX 6276 DEPT 20
INDIANAPOLIS, IN 46206-6276


MERCANTILE ADJUSTMENT  BUREAU
ATTN: BANKRUPTCY
165 LAWRENCE BELL DR STE 100
WILLIAMSVILLE, NY 14221


MERCANTILE ADJUSTMENT  BUREAU
165 LAWRENCE BELL DR STE
BUFFALO, NY 14221

MERCHANTS & MEDICAL CREDIT CORP
ATTN: BANKRUPTCY
6324 TAYLOR DRIVE
FLINT, MI 48507


MERCHANTS & MEDICAL CREDIT CORP
6324 TAYLOR DR
FLINT, MI 48507


MICHIGAN DPT. OF TREASURY
PO BOX 30199
LANSING, MI 48909


MIDWEST RECEIVABLE SOL
ATTN: BANKRUPTCY
2323 GULL RD, STE E
KALAMAZOO, MI 49048


MIDWEST RECEIVABLE SOL
2323 GULL ROAD
KALAMAZOO, MI 49048


MONEY RECOVERY NATIONWIDE
ATTN: BANKRUPTCY
PO BOX 13129
LANSING, MI 48901


MONEY RECOVERY NATIONWIDE
8155 EXECUTIVE CT STE 10
LANSING, MI 48917

NORTONS
200 E CHESTNUT STREET
LOUISVILLE, KY 40202


NORTONS
200 E CHESTNUT STREET
LOUISVILLE, KY 40202


PARK COMMUNITY CREDIT
2515 BLANKENBAKER PKWY
LOUISVILLE, KY 40299


PARK COMMUNITY CREDIT UNION
PO BOX 18630
LOUISVILLE, KY 40261


PLANNED PARENTHOOD INDIANA AND KENTUCKY
PO BOX 7098
DEPT 310
INDIANAPOLIS, IN 46207-7098


PLAZA SERVICES, LLC
ATTN: BANKRUPTCY
110 HAMMOND DR. STE 110
ATLANTA, GA 30328


PLAZA SERVICES, LLC
110 HAMMOND DRIVE SUITE 110
ATLANTA, GA 30328

```
REPUBLIC BANK
OVERDRAFT HONOR DEPARTMENT
601 WEST MARKET STREET
LOUISVILLE, KY 40202



RONALD HARRISON
659 SOUTHWESTERN PKWY
LOUISVILLE, KY 40211



RONALD HARRISON



ROYAL MOTOR SALES
4515 DIXIE HWY
LOUISVILLE, KY 40216



RUSSELL L. JONES, ATTORNEY AT LAW
320 SOUTH RANGELINE ROAD
CARMEL, IN 46032-2137



SOCIAL SECURITY ADMININSTRATION/NEW YORK
OFFICE OF  REGIONAL COMMISSIONER
26 FEDERAL PLAZA  RM 40-120
NEW YORK, NY 10278



SOCIAL SECURITY ADMININSTRATION/NEW YORK
155-10 JAMAICA AVE
JAMAICA, NY 11432
```

SPECTRUM
1600 DUBLIN RD
COLUMBUS, OH 43215


SPECTRUM
PO BOX 23298
TAMPA, FL 33623


SPECTRUM
4145 S. FALKENBURG RD
RIVERVIEW, FL 33578-8652


SPRINT
DEPT 555
PO BOX 4115
CONCORD, CA 94524


STANDARD INVESTMENTS CORPORATION
PO BOX 44048
INDIANAPOLIS, IN 46244


STATE OF MICHIGAN
5TH JUDICIAL DISTRICT
811 PORT STREET
SAINT JOSEPH, MI 49085


TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CHESTER, PA 19016-2000

```
U.S. DEPARTMENT OF EDUCATION
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL, MN 55116




U.S. DEPARTMENT OF EDUCATION
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL, MN 55116




U.S. DEPARTMENT OF EDUCATION
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL, MN 55116




U.S. DEPARTMENT OF EDUCATION
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL, MN 55116




U.S. DEPARTMENT OF EDUCATION
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL, MN 55116




U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY, IA 52244




U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY, IA 52244
```

U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY, IA 52244


U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY, IA 52244


U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY, IA 52244


UNITED RECOVERY SOLUTIONS
11603 SHELBYVILLE RD, SUITE 2
LOUISVILLE, KY 40243-1371


UNIVERSITY OF LOUISVILLE HOSPITAL
220 ABRAHAM FLEXNER WAY
LOUISVILLE, KY 40202


UNIVERSITY OF LOUISVILLE HOSPITAL
220 ABRAHAM FLEXNER WAY
LOUISVILLE, KY 40202


US DEPTARTMENT OF EDUCATION/GREAT LAKES
ATTN: BANKRUPTCY
PO BOX 7860
MADISON, WI 53707

```
US DEPTARTMENT OF EDUCATION/GREAT LAKES
2401 INTERNATIONAL LANE
MADISON, WI 53704




WALMART
702 SW 8TH STREET
BENTONVILLE, AR 72716




WALMART
702 SW 8TH STREET
BENTONVILLE, AR 72716




WAYPOINT RESOURCE GROUP
ATTN: BANKRUPTCY
PO BOX 1081
SAN ANTONIO, TX 78294




WAYPOINT RESOURCE GROUP
PO BOX 8588
ROUND ROCK, TX 78683




WILLIAM OR MARLENE BENNETT




WILLIAM OR MARLENE BENNETT
```

```
WOOD FOREST NATIONAL BANK
4545 LAFAYETTE RD
INDIANAPOLIS, IN 46254
```