1/14/19 2:16PM

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rahman Omar Abdullah** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Milando Cossella Abdullah** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | 18-09168-RLM |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Rahman Omar Abdullah**                          X **/s/ Milando Cossella Abdullah**
   **Rahman Omar Abdullah**                                 **Milando Cossella Abdullah**
   Signature of Debtor 1                                           Signature of Debtor 2

   Date **January 14, 2019**                                    Date **January 14, 2019**

---

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy