UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 18-09168-RLM-13
RAHMAN OMAR ABDULLAH
MILANDO COSSELLA ABDULLAH
DEBTOR(S)

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated 12/7/2018 for the following reason (s):

(1) Fails to meet Best Interest Test of $218.75 to unsecured creditors;
(2) Plan is underfunded by $4,500.00;
(3) Trustee seeks clarification as to whether or not we pay interest on pay if full mortgage;
(4) Five Motions to Avoid Liens need to be filed & Orders entered;
(5) Trustee seeks status of Personal Injury lawsuit

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE: May 6, 2019

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN  46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

### Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date May 6, 2019:

U.S. Trustee     *via electronic mail*

LAW OFFICE OF PORTIA L DOUGLAS P.C.     *via electronic mail*

RAHMAN OMAR ABDULLAH: 3675 N. COLORADO, INDIANAPOLIS, IN 46218
MILANDO COSSELLA ABDULLAH

/s/Ann DeLaney
Ann DeLaney