UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAHMAN OMAR ABDULLAH, ) | CASE NO. 18-09168-RLM-13 |
| MILANDO COSSELLA ABDULLAH, ) | |
| DEBTORS. ) | |

## MOTION TO AVOID JUDICIAL LIEN
## AND NOTICE OF OBJECTION DEADLINE

The Debtors hereby move the Court pursuant to **11 U.S.C. § 522 (f)** to avoid the judicial lien of **Standard Investments Corp.** on the following residential real property:

Lot 604, Forest Manor Extension, an Addition to the City of Indianapolis, the plat of which is recorded in Plat Book 20, page 4, in the Office of the Recorder of Marion County, Indiana.

Commonly known as: **3675 N Colorado Ave, Indianapolis, IN 46218**

In support of said Motion, the Debtors state the following:

1. The Debtors filed this case on December 7, 2018 . referred to as the "Petition Date."

2. The Creditor obtained a judgment which is a lien on the residential real property described above. That judgment was obtained pre-petition on **June 8, 2017 and entered of record on 6/16/2017** in **Marion County Small Claims Court, Washington Township** under **49K07-1703-SC-001217**.

3. The value of the property as of the Petition Date is $30,700.00.

4. The other lien on the property is as follows: A mortgage balance on the date of the filing of the bankruptcy in the amount of $27,867.88 held by Cocinelle & Co., LLC.

5. The amount of the exemption to which the debtors would be entitled but for the liens is $38,600.00.

6. The creditor's lien is in the approximate amount of $1,627.00.

7. The Property has been claimed as exempt. The lien impairs an exemption of the debtors and is subject to avoidance under 11 U.S.C. §522(f).

NOTICE: **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter an order avoiding the judicial lien, or if you want the court to consider your views on the motion, then **within 21 days** from the date of service, you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**Indianapolis**
Room 116 U.S. Courthouse
46 E. Ohio St.
Indianapolis, IN 46204

If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to:

- The Law Office of Portia Douglas, 70 E. 91st Street, Suite 108, Indianapolis, IN 46240

- Ann M. Delaney, Office of Ann M. DeLaney PO Box 441285, Indianapolis, IN 46244

If you or your attorney do not take these steps, the court may decide that you do not oppose an order avoiding the judicial lien and may enter an order granting that relief.

WHEREFORE, Debtors move the Court to enter an order avoiding Creditor's judicial lien and granting such other relief as appropriate.

Respectfully Submitted,

/s/ Portia L. Douglas
Portia L. Douglas, Attorney at Law
70 East 91st St., Ste 108
Indianapolis, IN 46240
(317) 581-9590 office
(877) 948-4707 fax
legalportia@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing pleading was

served upon the following within The United States by first class mail postage prepaid this 3rd day of June, 2019:

† U.S. Trustee via ECF
† Ann M. DeLaney Chapter 13 Trustee via ECF
† Standard Investments Corp, Khurana D. Veer, Highest Ranking Office & Registered Agent, 11508 Lakeshore Dr. West, Carmel, IN 46033

/s/ Portia L. Douglas
Portia L. Douglas